IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO.  5: 05-CR-56 (WDO) |
| LARRY THOMAS C0KER, JR., | RE:  VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

# ORDER OF REVOCATION AND DETENTION

Defendant LARRY THOMAS C0KER, JR., represented by legal counsel Mr. Richard Hull of the Macon Bar, on March 21, 2006, appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer J. Allen Bell on March 7, 2006.  The government was represented by Assistant U.S. Attorney Charles Calhoun.  The defendant admitted the violations set forth in Mr. Bell's petition, and  the court found him to be in violation of conditions of pretrial release imposed upon him on June 28, 2005.

Based upon the evidence presented and legal argument made, the court finds:

### LEGAL FINDINGS

(1)  There is clear and convincing evidence that the defendant has violated conditions of pretrial release by using marijuana on or about September 12, 2005, by using marijuana on or about November 15, 2005, and by using marijuana on or about January 24, 2006;  and,

(2)  Defendant Coker is unlikely to abide by conditions of pretrial release prohibiting the use of illegal drugs.

**FINDINGS OF FACT**

The defendant did not contest the allegations set forth in the **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer J. Allen Bell. He has signed admission forms acknowledging the use of marijuana on September 28th and November 15, 2005, and January 30, 2006.

**ACCORDINGLY, IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered June 28, 2005, be, and it is, **REVOKED**. The defendant is ordered **DETAINED** and is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 22nd day of MARCH, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE